# MEMORANDUM DECISIONS

GOODYEAR TIRE & RUBBER CO. v. HOOD RUBBER CO. (Circuit Court of Appeals, First Circuit. July 16, 1915.) No. 1108. Appeal from the District Court of the United States for the District of Massachusetts; Frederic Dodge, Judge. H. A. Toulmin and H. A. Toulmin, Jr., both of Dayton, Ohio, for appellant. William F. Hall, of Washington, D. C. (Ellis Spear, Jr., of Boston, Mass., and James M. Spear, of Washington, D. C., on the brief), for appellee. Before PUTNAM and BINGHAM, Circuit Judges, and ALDRICH, District Judge.

ALDRICH, District Judge. We have carefully examined and considered the record in this case, and the opinion of the District Court, together with the arguments before us. We are satisfied with the exhaustive reasoning of that court, and with the result reached, and we view the case as one so plainly against the complainant as to render further discussion unnecessary. The decree of the District Court (224 Fed. 978) is affirmed, with costs of this court.